# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>EDWARD PRATT | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release)<br><br>Case Number: 8:95-cr-3-T-23TBM<br>USM Number: 18772-018<br><br>Defendant's Attorney:<br>Jacqueline Simms-Petredis, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violation charged in numbered paragraph ONE of the **May 4, 2007**, petition (Doc. 69).

| Violation<br>Number | Nature of Violation | Date<br>Violation Ended |
|---|---|---|
| 1 | Positive urinalysis | 04/25/2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in
economic circumstances.

                                            June 5, 2007
                                        Date of Imposition of Sentence

                                        */s/ Steven D. Merryday*
                                        Steven D. Merryday
                                        UNITED STATES DISTRICT JUDGE

                                        June 6th, 2007
                                        Date

DEFENDANT: EDWARD PRATT
CASE NUMBER: 8:95-cr-3-T-23TBM

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SEVEN (7) MONTHS.**

\_\_ The court makes the following recommendations to the Bureau of Prisons:

_X_ **The defendant is remanded to the custody of the United States Marshal.**

\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_ at _____ a.m. p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL